IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRENDA S. LEMM                                                                                              PLAINTIFF

v.                                        Case No. 3:15-cv-00238 JTK

CAROLYN W. COLVIN, *Acting Commissioner*,
SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on June 2, 2016, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 6th day of June, 2016.

_____
United States Magistrate Judge